**Christopher D. PRICE, Appellant,**

v.

**Susan M. PRICE, Respondent.**

**No. ED 80900.**

Missouri Court of Appeals,
Eastern District,
Division Four.

April 8, 2003.

Motion for Rehearing and/or Transfer to Supreme Court and Motion to Publish Denied June 10, 2003.

Application for Transfer Denied
Aug. 26, 2003.

Michael A. Gross, St. Louis, MO, for appellant.

David A. Bohm, St. Louis, MO, for respondent.

Before WILLIAM H. CRANDALL, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

***ORDER***

PER CURIAM.

Christopher Price appeals the judgment dissolving his marriage to Susan Price.

We have reviewed the briefs of the parties and the record on appeal and find that the judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).